UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Owen McKay Sheed
8:25-cr-00008-SDM-NHA

| **Date**: January 24, 2025 | **Court Reporter**: Digital |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 10:02 AM–11:00 AM \| Total: 58 mins | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| Carlton Gammons, AUSA | Kenneth Gaerte, Ret. |

| **Initial Appearance/Change of Plea Hearing** |
|---|
| Defendant appears on notice.<br><br>Defendant present with counsel.<br><br>Court summarizes the charges and advises Defendant of Rule 5 rights.<br><br>Court conducts Bail Reform Act hearing.<br><br>Government and Defendant agree to conditions of pretrial release.<br><br>Court sets the following conditions for release: appear in court in accordance with all notices; travel restricted to the Middle District of Florida, District of New Jersey, Eastern District of New York and District of Connecticut with any |

additional travel, including international travel, to be approved in advanced by PTS, reside at current address and cannot change address without PTS approval; cannot commit another crime; report to PTS as directed, no narcotic drugs including medical marijuana, submit to substance abuse testing, submit to substance abuse evaluation/treatment, continue mental health treatment, no contact with witnesses or victims, report any contact with law enforcement.

Plea agreement filed.

Defendant sworn.

Defendant consents to magistrate judge presiding over change of plea.

Waiver of Indictment accepted in open court.

Court advises Defendant of charges, penalties, and rights and reviews Plea agreement with Defendant.

Court finds Defendant competent to enter a plea of guilty.

Factual basis, as written in the plea agreement, is admitted.  **Additionally, all parties stipulate that the Defendant understood that persons who placed product orders with the victim retailers did so intending to fraudulently claim a refund for them.**

Plea of guilty entered by Defendant as to Count One of the Information.

Court will issue a report and recommendation to the District Judge.

Adjudication of guilt deferred.

Referred to probation for presentence investigation.

Sentencing schedule to be determined.

Defendant directed to report to the USMS for processing.

Court in recess.