UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

**v.**                                                                                  No. 8:25-cr-00008-SDM-NHA-1

**OWEN MCKAY SHEED,**

    *Defendant.*

**ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE SENTENCING**

    Defendant, Owen McKay Sheed, by counsel, K. Michael Gaerte, having filed his Unopposed Motion to Continue Sentencing, and the Court, being duly advised, hereby finds the Motion is **GRANTED.**

    IT IS, THEREFORE, CONSIDERED AND ORDERED that:

    Defendant's Sentencing set in this matter on April 24, 2025, beginning at 9:00 a.m., be continued to: _____ .

SO ORDERED _____, 2025.

_____

**Distribution:**

| | |
|---|---|
| K. Michael Gaerte<br>DENTONS BINGHAM GREENEBAUM LLP<br>10 West Market Street, Suite 2700<br>Indianapolis, IN 46204<br>michael.gaerte@dentons.com | Carlton Curtiss Gammons<br>US Attorney's Office – FLM, Suite 3200<br>400 N Tampa St<br>Tampa, FL 33602-4798<br>carlton.gammons@usdoj.gov |

24547710.v1